DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PRIMIVITO R. MORALES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2088

[December 7, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 04-16003CF10A.

Primivito R. Morales, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***